NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
nsantoro@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Boulevard
Suite 250
Las Vegas, Nevada 89135
Telephone:   (702) 948-8771
Facsimile:    (702) 948-8773

Shannon Petersen, Esq.
spetersen@sheppardmullin.com
Lisa Yun, Esq.
lyun@sheppardmullin.com
Sheppard Mullin
12275 El Camino Real
Suite 200
San Diego, CA  92130
Telephone:   (858) 720-8900
Facsimile:    (858) 523-6731
*Pro hac vice pending*

*Attorneys for Defendant ITT Educational Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHONA MARION,<br><br>             Plaintiff,<br><br>     v.<br><br>ITT EDUCATIONAL SERVICES, INC.<br>D/B/A ITT TECHNICAL INSTITUTE<br>D/B/A ITT TECH,<br><br>             Defendant. | Case No.:  2:16-cv-00585-JAD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

WHEREAS, on March 16, 2016, Plaintiff commenced this action by filing a Complaint in this court (*docket no. 1*);

WHEREAS, Defendant's response to the Complaint is currently due on April 13, 2016;

WHEREAS, the parties have agreed to extend the deadline for Defendant to answer, move against, or otherwise respond to the Complaint to and including May 6, 2016; and,

WHEREAS, this is the first request for an extension of time.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO THROUGH THEIR COUNSEL OF RECORD that the deadline for Defendant to answer, move against, or otherwise respond to the Complaint shall be May 6, 2016. The parties respectfully request the Court's entry of an Order extending Defendant's deadline as set forth above.

Dated this 12th day of April, 2016.

| HAINES & KRIEGER, LLC | SANTORO WHITMIRE |
|---|---|
| */s/David H. Krieger*<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>dkrieger@hainesandkrieger.com<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada  89123<br>Telephone: (702) 880-5554<br>Facsimile:  (702) 385-5518<br><br>*Attorneys for Plaintiff* | */s/Nicholas J. Santoro*<br>Nicholas J. Santoro, Esq.<br>Nevada Bar No. 0532<br>nsantoro@santoronevada.com<br>10100 W. Charleston Boulevard<br>Suite 250<br>Las Vegas, NV  89135<br>Telephone: (702) 948-8771<br>Facsimile:  (702) 948-8773<br><br>Shannon Petersen, Esq.<br>spetersen@sheppardmullin.com<br>Lisa Yun, Esq.<br>lyun@sheppardmullin.com<br>Sheppard Mullin<br>12275 El Camino Real<br>Suite 200<br>San Diego, CA  92130<br>Telephone: (858) 720-8900<br>Facsimile:  (858) 523-6731<br>*Pro hac vice pending*<br><br>*Attorneys for Defendant* |

\* \* \* \* \*

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: April 13, 2016